**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br>1718 Connecticut Avenue, N.W.<br>Suite 200<br>Washington, D.C. 20009<br><br>    Plaintiff,<br><br>    v.<br><br>DRONE ADVISORY COMMITTEE; FEDERAL AVIATION ADMINISTRATION; DANIEL K. ELWELL, in his official capacity as Acting Administrator of the Federal Aviation Administration and Designated Federal Officer of the Drone Advisory Committee and RTCA Advisory Committee;<br>800 Independence Avenue, S.W.<br>Washington, D.C. 20591<br><br>RTCA ADVISORY COMMITTEE;<br>1150 18th Street, N.W.<br>Suite 910<br>Washington, D.C. 20036<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION; DAVID W. FREEMAN, in his official capacity as Committee Management Officer of the Department of Transportation;<br>1200 New Jersey Avenue, S.E.<br>Washington, D.C. 20590<br><br>    Defendants. | Civ. Action No.  18-833 |

**CERTIFICATE UNDER LCvR7.1**

    I, the undersigned, counsel of record for the Electronic Privacy Information Center ("EPIC"), certify that to the best of my knowledge and belief, EPIC is a District of Columbia corporation with no parent company. No publicly held company holds more than 10% of stock in EPIC.

These representations are made in order that judges of this court may determine the need for recusal.

        /s/ Alan Butler
        ALAN BUTLER, D.C. Bar #1012128
        EPIC Senior Counsel

        ELECTRONIC PRIVACY
        INFORMATION CENTER
        1718 Connecticut Avenue, N.W.
        Suite 200
        Washington, D.C. 20009
        (202) 483-1140 (telephone)
        (202) 483-1248 (facsimile)

Dated: April 11, 2018