AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Electronic Privacy Information Center

*Plaintiff(s)*

v.

Drone Advisory Committee, et al.

*Defendant(s)*

Civil Action No. 18-833

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> ATTORNEY GENERAL OF THE UNITED STATES
> Department of Justice
> 950 Pennsylvania Ave. NW
> Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> MARC ROTENBERG
> ALAN BUTLER
> JOHN DAVISSON
> ELECTRONIC PRIVACY INFORMATION CENTER
> 1718 Connecticut Avenue, N.W., Suite 200
> Washington, D.C. 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/18/2018

/s/Jackie  Francis

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Electronic Privacy Information Center *Plaintiff(s)* v. Drone Advisory Committee, et al. *Defendant(s)* | Civil Action No. 18-833 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
> c/o Civil Process Clerk
> Department of Justice
> 555 4th Street NW
> Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> MARC ROTENBERG
> ALAN BUTLER
> JOHN DAVISSON
> ELECTRONIC PRIVACY INFORMATION CENTER
> 1718 Connecticut Avenue, N.W., Suite 200
> Washington, D.C. 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/18/2018

/s/Jackie Francis

*Signature of Clerk or Deputy Clerk*