AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-833

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   RTCA Advisory Committee

was received by me on *(date)*          4/12/18          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Frank Hernandez (Intake Specialist, CT Corporation)  , who is

designated by law to accept service of process on behalf of *(name of organization)*      RTCA Inc.

(a/k/a RTCA Advisory Committee) _____ on *(date)*      5/21/18      ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $        0        for travel and $        0        for services, for a total of $        0        .

I declare under penalty of perjury that this information is true.

Date:   5/21/18

_____
*Server's signature*

John Davisson, EPIC Counsel
_____
*Printed name and title*

1718 Connecticut Ave. NW, Suite 200
Washington, DC 20009
_____
*Server's address*

Additional information regarding attempted service, etc:

I served the summons, complaint, and associated exhibits at 12:45 p.m. at the CT Corporation service window, located at 1015 15th St NW, Suite 1000, Washington, DC, 20005.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Electronic Privacy Information Center | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 18-833 (RC) |
| | ) |
| Drone Advisory Committee, et al. | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        RTCA ADVISORY COMMITTEE
        1150 18th Street, N.W.
        Suite 910
        Washington, D.C. 20036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        MARC ROTENBERG
        ALAN BUTLER
        JOHN DAVISSON
        ELECTRONIC PRIVACY INFORMATION CENTER
        1718 Connecticut Avenue, N.W., Suite 200
        Washington, D.C. 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date:   4/12/2018

          /s/ Jean-Claude Douyon
          *Signature of Deputy Clerk*



311 Online   Agency Directory   Online Services   Accessibility

## Department of Consumer and Regulatory Affairs

Home                                                                        Edit Account | Log Out

### RTCA Inc. - Initial File Number: 922477

Main    Reports    Trade Names    Governors

**Entity Info**

| | |
|---|---|
| Business Name | RTCA |
| Suffix | Inc. |
| Registration / Effective Date | 7/10/1992 |
| Commencement Date | 7/10/1992 |
| Entity Status | Active |
| Foreign Name | NA |
| Date of Organization | 7/10/1992 |
| State | New York |
| Country | USA |

**Business Address**

| | |
|---|---|
| Line1 | 1150 18th Street NW Suite 910 |
| Line2 | |

City   Washington   State   District of Columbia   Zip   20036

**Agent**

| | |
|---|---|
| Is non-commercial Registered Agent? | No |
| Name | C T CORPORATION SYSTEM |

**Address**

| | |
|---|---|
| Line1 | 1015 15th St NW |
| Line2 | Suite 1000 |

City   Washington   State   District of Columbia   Zip   20005

Email   CT-StateCommunications@wolterskluwer.com

Wolters Kluwer

*Frank Hernandez*

Intake Specialist
CT Corporation
sopinquiries@wolterskluwer.com

Return to Home

www.wolterskluwer.com

1015 15th Street NW
Suite 1000
Washington, DC 20005