## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,** <br> 1718 Connecticut Ave. NW, Suite 200 <br> Washington, DC 20009 <br><br>      Plaintiff, <br><br> v. <br><br> **DRONE ADVISORY COMMITTEE; FEDERAL AVIATION ADMINISTRATION; DANIEL K. ELWELL,** in his official capacity as Acting Administrator of the Federal Aviation Administration and Designated Federal Officer of the Drone Advisory Committee and RTCA Advisory Committee; <br><br> **RTCA ADVISORY COMMITTEE**; <br> 1150 18th Street, NW, Suite 910 <br> Washington, DC 20036 <br><br> **UNITED STATES DEPARTMENT OF TRANSPORTATION; DAVID W. FREEMAN,** <br> in his official capacity as Committee Management Officer of the Department of Transportation; <br><br>      Defendants. | Case No.     18-CV-833 (RC) |

## CONSENT MOTION TO EXTEND TIME TO FILE ANSWER
## OR OTHERWISE RESPOND TO COMPLAINT

By and through counsel, Defendant RTCA Advisory Committee ("RTCA") respectfully requests an additional 14 days to file an answer or otherwise respond to the complaint in this case. Plaintiff Electronic Privacy Information Center ("EPIC") brought this lawsuit under the Federal Advisory Committee Act ("FACA"), the Administrative Procedure Act ("APA"), and

the Declaratory Judgment Act.  Plaintiff's Affidavit of Service (Docket No. 8, filed May 21, 2018) indicates that it served RTCA on May 21, 2018, which makes RTCA's answer due June 11, 2018.  The responsive pleadings for the federal defendants in this case are due June 25, 2018. (Docket No. 6, filed May 8, 2018); Fed. R. Civ. P. 6(a)(1)(C).  The parties discussed the disparate response deadlines by phone, and counsel for Plaintiff consented to this motion by email dated May 23, 2018.

RTCA believes that a brief extension of the deadline to file its responsive pleadings will permit the parties to engage in meaningful discussions aimed at resolving all or part of the issues raised by the complaint.  Moreover, this extension will help streamline this case by making RTCA's response deadline consistent with the deadline for the other defendants in this case. Accordingly, good cause exists for the Court to extend the deadline under Fed. R. Civ. P. 6(b)(1)(A).

For the foregoing reasons, RTCA respectfully requests that it be granted a 14-day extension of time to answer or otherwise respond to Plaintiff's complaint, with a new deadline of June 25, 2018.  A proposed order is attached.

May 24, 2018                                    Respectfully submitted,


                                               /s/ Bert W. Rein
                                               Bert W. Rein (D.C. Bar No. 067215)
                                               brein@wileyrein.com
                                               A. Louisa Brooks (D.C. Bar No. 1034058)
                                               lbrooks@wileyrein.com
                                               WILEY REIN LLP
                                               1776 K Street, NW
                                               Washington, DC  20006
                                               Tel.: (202) 719-7000
                                               Fax: (202) 719-7049
                                               *Attorneys for Defendant RTCA Advisory Committee*