IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff;<br><br>v.<br><br>DRONE ADVISORY COMMITTEE et al.,<br><br>Defendants. | Civ. Action No. 18-833 (RC) |

## Motion for Extension of Time to Respond to the Complaint

By and through undersigned counsel, defendants respectfully request one additional week to respond to the complaint in this case. Defendants' responsive pleadings are currently due June 25, 2018. *See* Dkt. # 6 (Aff. of Service); Fed. R. Civ. P. 6(a)(1)(C); *see also* Minute Order dated May 24, 2018 (providing until June 25, 2018 for defendant RTCA Advisory Committee to respond to plaintiff's complaint). Defendants respectfully ask the court to adjust the deadline for all defendants, to allow defendants to confer regarding issues of representation relating to defendant RTCA Advisory Committee, which just came to undersigned counsel's attention this week. Additional time is also needed for defendants to internally review and finalize their response to the complaint.

Undersigned counsel conferred with counsel for plaintiff the Electronic Privacy Information Center regarding the relief requested in this motion. EPIC declined to consent to the motion unless defendants would promise to file an answer, rather than responding to the complaint with a motion to dismiss.

Good cause exists for the Court to grant this motion, and for the foregoing reasons, the Court should do so.

Dated: June 22, 2018					Respectfully submitted,

							CHAD A. READLER
							Acting Assistant Attorney General

							MARCIA BERMAN
							Assistant Branch Director
							Civil Division

							  /s/ Lisa Zeidner Marcus
							LISA ZEIDNER MARCUS
							Senior Counsel (N.Y. Bar # 4461679)
							U.S. Department of Justice, Civil Division
							Federal Programs Branch
							20 Massachusetts Avenue NW, 7th Floor
							Washington, DC 20530
							Tel: (202) 514-3336
							Fax: (202) 616-8470
							Email: lisa.marcus@usdoj.gov

							*Attorneys for Defendants*