# Defendants' Exhibit 1: Charters

*This exhibit includes the charters (and charter amendments) of the RTCA Advisory Committee in effect during the time period described in the complaint. The FAA issued these charters as official FAA orders. They are available on the FAA's website at https://www.faa.gov/regulations_policies/orders_notices/, and also within the General Services Administration's Federal Advisory Committee Act Database, https://facadatabase.gov/*

## Exhibit Table of Contents

Ex. 1 Page

FAA Order 1110.77V, Charter for RTCA, Inc. (Utilized as an Advisory Committee) (effective Apr. 1, 2015 through Aug. 30, 2016)........................................ 2

FAA Order 1110.77V Change #1, Charter for RTCA, Inc. (Utilized as an Advisory Committee) (effective Aug. 31, 2016 through Mar. 31, 2017) ................................................................................................................. 9

FAA Order 1110.77W, Charter for RTCA, Inc. (Utilized as an Advisory Committee) (effective Apr. 1, 2017 through Sept. 28, 2017) ..................................... 19

FAA Order 1110.77X, RTCA Charter (effective Sept. 29, 2017 through Mar. 28, 2018) ................................................................................................. 26

FAA Order 1110.77Y, RTCA Charter (effective Mar. 29, 2018 through May 29, 2018) ................................................................................................. 31



**U.S. DEPARTMENT OF TRANSPORTATION**

**FEDERAL AVIATION ADMINISTRATION**

**NextGen Organization**

**Charter for RTCA, Inc.**

| ORDER |
| :---: |
| 1110.77V |

Effective Date:

04/01/2015

**SUBJ:**   **RTCA, Inc. (Utilized as an Advisory Committee)**

---

**1.   Committee's Official Designation.** RTCA, Inc. (Utilized as an Advisory Committee).

**2.   Authority.** This order renews the charter for using the RTCA, Inc. (referred to as RTCA throughout) and some of its components as an advisory committee in accordance with the provisions of the Federal Advisory Committee Act (FACA), as amended, Pub. L. 92-463,5 U.S.C. App. RTCA benefits the public interest and supports the Federal Aviation Administration (FAA) in performing its duties and responsibilities under Subtitle VII, 49 U.S.C. § 40101.

**3.   Purpose of This Order.** The FAA and other Government members of the RTCA will use components of RTCA, for example, the NextGen Advisory Committee (NAC), Program Management Committee (PMC), Tactical Operations Committee (TOC), Special Committees (see Appendix A) and as a Federal Advisory Committee (FAC). The FAA may decide to form additional committees, as it deems necessary during the term of this charter.  These advisory committees will function under section 3(2)(C) of the FACA.

**4.   Audience.** This order applies to all members of the RTCA Advisory Committees and the FAA director level organizations at the Washington, D.C., Headquarters, and the William J. Hughes Technical Center in Atlantic City, NJ.

**5.   Where to Find This Order.** You can find this order on the FAA website under "Regulations & Policies" and select "Orders & Notices". This order can also be found on the MyFAA Employee website, using "Tools & Resources" tab and select "Orders & Notices."

**6.   This Order Cancels.** FAA Order 1110.77U, RTCA, Inc. (Utilized as an Advisory Committee), Effective Date: 04/01/2013.

**7.   Objective and Scope of Activities.** The objective of the advisory committee is to seek resolution of issues and challenges involving air transportation concepts, requirements, operational capabilities, and the associated use of technology and related considerations to aeronautical operations that affect the future Air Traffic Management System.

   **a.**   To achieve this, specific objectives include the following:

      (1)   Combine aviation system user and provider requirements in a manner that helps Government and industry meet their common objectives and responsibilities.

---

Distribution: Electronic                    Initiated By:        ANG-A15

(2)    Analyze and recommend solutions to the challenges the aviation community faces as it continues to increase safety, security, system capacity, and efficiency.

(3)    Develop consensus on relevant solutions to meet user and provider requirements, including the development of minimum operational performance standards for electronic systems and equipment that support aviation.

(4)    Aid in developing the appropriate material on which to base U.S. positions for the International Civil Aviation Organization (ICAO) and other international organizations, when requested.

(5)    Provide a venue where the FAA can solicit a single, consensus-based set of recommendations on issues that (1) are critical to the successful implementation of NextGen and Air Traffic Management System modernization and (2) require a commitment of resources and/or synchronized planning between Government and industry to achieve the intended outcome.

**b.**    RTCA provides the following two categories of recommendations:

(1)    Broad-gauged policy and investment priority recommendations used by the FAA when considering policy and program decisions.

(2)    Minimum performance standards, reports, and guidance documents used by the FAA in regulatory decisions and rulemaking. Government regulatory and procurement practices reference or use the RTCA standards (with or without change). The RTCA recommendations are used in the private sector as the basis for development, investment, and other business decisions.

**c.**    The advisory committee will not aid in the coordination or review of safety and certification issues that are inherently governmental.

**8.    Description of Duties.** Components of the RTCA must serve as an advisory committee performing the following duties under the RTCA operating structure and methodology described below:

**a.**    The FAA Air Traffic Organization Chief Operating Officer, the Assistant Administrator for NextGen, the Associate Administrator for Aviation Safety, and the Assistant Administrator of Policy, International Affairs and Environment, serve as the FAA *ex officio*, nonvoting members of the RTCA Policy Board.

**b.**    The FAA will keep participation in all levels of the RTCA committees to a minimum, serving in an *ex officio* capacity as nonvoting members. The Designated Federal Officer (DFO) for the various committees will determine appropriate FAA participation to ensure further understanding of the subject matter. The FAA officials will not serve as chair or co-chair of any committee. Exceptions for Special Committees will require approval of the FAA members of PMC.

**c.**    The RTCA President and the FAA members of the RTCA Policy Board will review the NAC, the PMC and the TOC membership yearly to ensure a balanced and equitable

representation of the points of view and roles performed by the committees and to the extent feasible of the aviation community. Recommended membership changes to the NAC, PMC, and TOC will be presented to the RTCA President and respective DFOs for review and approval.

**9.   Agency or Official to Whom the Committee Reports.** The RTCA Advisory Committee must report to the Secretary of Transportation through the FAA Administrator.

**10.   Support.** The FAA will provide support to the RTCA NAC, PMC, Special Committees, TOC, and any other Federal advisory committee established under this charter.

**11.   Annual Operating Cost:** FAA annual funding commitment to support RTCA operating costs for the period covered by the charter shall not exceed $1,100,000.

**12.   Designated Federal Officer.** The FAA Administrator, on behalf of the Secretary, designates full-time government employees as DFO and alternate for the NAC, PMC, and TOC.

   **a.**   The DFO or alternate must be present at all of the NAC, PMC, TOC and Special Committee meetings.

   **b.**   In accordance with the FACA, the DFO or alternate must be assigned to each committee to perform the following duties:

      (1)   Call, attend, and adjourn committee meetings;

      (2)   Approve agendas, maintain required records on costs and membership;

      (3)   Ensure efficient operations;

      (4)   Maintain records for availability to the public, provide copies of committee reports to the Committee Management Officer for forwarding to the Library of Congress;  and

      (5)   Close any advisory committee meeting, in coordination with the chairperson, when so doing would be in the public interest.

**13.   Estimated Number and Frequency of Meetings.** The PMC will meet quarterly, as required, to carry out its responsibilities. The NAC and TOC will meet three times a year to ensure continuity and good preparation for public decision-making meetings. Special Committees meet, as their workload requires. The NAC, PMC, TOC and  Special Committee meetings must comply with all applicable provisions of the FACA, including the following:

   **a.**   The NAC, PMC, TOC and Special Committee meetings must be open to the public and a notice must appear in the *Federal Register* at least 15 days before each meeting, except in emergencies. The notice must include the name of the advisory committee, the time, place, purpose of the meeting (including a summary of the agenda), and a statement that the meeting will be open to the public. The FAA may use other forms of notice, such as press releases.

*18-cv-833 (D.D.C.) - Defendants' Ex. 1, page 4*

**b.**   Anyone interested can attend meetings and appear before the committee subject to reasonable limits of space and time. Additionally, anyone interested may file written statements with the committee.

(1)   Meetings may be closed to the public only as authorized by section 10(d) of the FACA and applicable regulations.

(2)   All RTCA advisory committees will follow the regular advisory committee process in making recommendations to the FAA, and will not make recommendations directly to FAA program offices.

(3)   The FAA has determined that continued use of RTCA and its components as an advisory committee is in the public interest for responsibilities imposed on FAA by law.

**14.  Duration:**  Continuing.

**15.  Termination**:  There is not a termination date.

**a.**   However, FAA may terminate the charter incorporated in this Order if the following conditions occur:

(1)   RTCA disbands; the use of RTCA components by FAA ceases;

(2)   RTCA operations as covered by the FACA do not comply with FACA or implementing regulations, and RTCA cannot, or will not, achieve compliance;

(3)   RTCA refuses membership to a qualified applicant; or

(4)   FAA determines that, as to important aspects of its operations, the role of RTCA as an advisory committee cannot be upheld.

**b.**   The FAA will give as much advance notice as possible of such action to the RTCA and all participants. Such action by the FAA would not prevent another Government Agency from chartering RTCA under the Federal Advisory Committee Act.

**16.  Membership and Designation:**  The RTCA PMC has approximately 19 members. The PMC members, with the exception of the RTCA President, are volunteers appointed by the RTCA President and serve with concurrence of their parent organization. Selection of PMC members is managed to ensure an appropriate balance of Government and industry perspectives and coverage for all disciplines addressed by Special Committees. The criterion for selecting a PMC member includes the ability to provide the requisite executive management and support of Special Committee activities.

**a.**   The PMC, using Special Committees, manages most of the Federal advisory committee–related business of the RTCA related to the development of minimum performance standards and guidance material. The PMC establishes Special Committees in response to needs identified by government and industry. The RTCA President, in consultation with the FAA DFO, recommends the chair or co-chair for each committee. The PMC approves the terms of reference

for the Special Committee; approves the chairs; approves recommendations; monitors progress; reviews reports; and approves, modifies, returns for additional work, or disapproves these reports. The PMC meetings are open to the public and are announced in the *Federal Register*.

**b.**   Special Committees along with policy committees, such as the NAC and TOC are a principal means for RTCA to carry out its mission for the FAA. The PMC invites the RTCA member organizations to recruit and name qualified persons to serve on Special Committees. The Special Committee urges any organization materially affected by work of Special Committees to participate to create a balanced membership. In addition, the chair of any Special Committee may invite non-members of the RTCA having expertise in the subject matter to participate. The duration of the Special Committee depends upon the assigned tasks. The RTCA will publish notices in the *Federal Register* when plenary meetings are open to the public.

**c.**   The RTCA NAC has approximately 28 members. Committee membership includes representatives from the following stakeholders: Air Traffic Management Automation Providers, Aircraft Manufacturers, Airports, Avionics Manufacturers, Department of Defense (DoD), Environmental Interest, Finance, Labor, General Aviation, Air Carriers, Business Aviation, and the Transportation Security Administration.  The FAA (NextGen Office, Air Traffic Operations, Aviation Safety, Airports, and Policy, International Affairs and Environment), MITRE, and RTCA are non-voting members of the committee.

**d.**   The RTCA TOC has approximately 17 members. Committee membership includes representatives from the following stakeholders: Airline Pilots, Airports, Business Aviation, Commercial Air Carriers, Controllers (NATCA), Dispatchers, DoD, General Aviation, and Regional Air Carriers. The FAA, MITRE, and RTCA are nonvoting members of the committee.

**e.**   Representatives of non-Government RTCA member organizations serve on the committees without Government compensation. The employing organization bears all costs related to its participation on such RTCA committees. Appointed members of the RTCA Policy Board, Board of Directors, NAC, PMC, chairpersons of Special Committees and TOC serve as "representative" members. They must represent a particular interest of employment, education, experience, or affiliation with a specific aviation-related organization (reference Department of Transportation (DOT) Order 1120.3B, Committee Management Policy and Procedures, Ch. II, 10.a.).

**f.**   To identify clearly and provide proper disclosure of their specific affiliation or professional interest, appointed members will complete an Advisory Committee Candidate Biographical Information Request, Form DOT F 1120.1 (as described in the DOT Order 1120.3B, Committee Management Policy and Procedures, Ch. II, 11b(1)). Members must complete a new form DOT F 1120.1 when a change in affiliation occurs.

**17.   Subcommittees.** The Department of Transportation has the authority to create subcommittees. All RTCA advisory subcommittees or work groups must report to the parent Federal advisory committee and must not provide advice or work products directly to the agency.

**18.   Recordkeeping.** RTCA will publish the minutes of each NAC, PMC, Special Committee, and TOC meeting. The official minutes must  include the following:  time and place of the

meeting; a list of all attendees, including members, staff, and public observers; a summary of matters discussed and conclusions reached; reference to reports issued or approved by the committee; and a description of public participation, including verbal or written statements. The committee chair must certify the accuracy of the minutes. Meeting summaries are available to the public and are posted on the RTCA web site at http://www.rtca.org.

   **a.**   Yearly, RTCA must provide information to FAA on its committees, including, but not limited to the following:  the number of meetings of each committee; the total number of meetings; meeting attendance for FAA, other Government, and non-Government participants; the name and organizational affiliation of each RTCA committee member; report titles and dates; and dates of all meetings.

   **b.**   This order complies with the requirements in section 9(c) of the FACA for charters for PMC and Special Committees or other advisory committee task forces.

   **c.**   Appendix A provides a list of the current Special Committees. A new charter action is not required to assign a new tasking to an existing Special Committee so long as the new  tasking is within its topical responsibility. These committees must comply with all requirements and implementing regulations covered in section 10 of the FACA.

   **d.**   The NAC, PMC, TOC and Special Committees formally and informally established subcommittees, or other subgroups of the committee, will handle their records in accordance with General Records Schedule 26, Item 2, or other approved Agency records disposition schedule.

   **e.**   Subject to the conditions of the Freedom of Information Act, 5 U.S.C. § 552(b), records, reports, transcripts, minutes or meeting summaries, and other documents are available for public inspection or purchase from RTCA. Copies of FAA documents are available to the public according to the fee schedule published in title 49, part 7, of the Code of Federal Regulations.

**19.  Filing Date.** Renewal of the RTCA charter and its components, listed in Appendix A, is effective April 1, 2015, which is the filing date of the charter. Using RTCA components as advisory committees will continue for two (2) years, unless sooner terminated or renewed by proper authority.

**20.  Distribution.** This order is available electronically as described in paragraph 3.

Michael P. Huerta
Administrator

## Appendix A. RTCA Special Committees

The following is a list of RTCA Special Committees as of September 2014. You can find the most current list and descriptions of RTCA Special Committees at www.rtca.org.

| | |
|---|---|
| SC-135 | Environmental Testing |
| SC-147 | Traffic Alert & Collision Avoidance System (TCAS) |
| SC-159 | Global Positioning System (GPS) |
| SC-186 | Automatic Dependent Surveillance-Broadcast (ADS-B) |
| SC-206 | Aeronautical Information Services (AIS) Data Link |
| SC-209 | ATCRBS & Mode S Transponder |
| SC-213 | Enhanced Flight Vision Systems & Synthetic Vision Systems (EFVS/SVS) |
| SC-214 | Standards for Air Traffic Data Communication Services |
| SC-216 | Aeronautical Systems Security |
| SC-217 | Aeronautical Databases |
| SC-222 | AMS(R)S |
| SC-223 | Aeronautical Mobile Airport Communication System |
| SC-224 | Airport Security Access Control Systems |
| SC-225 | Rechargeable Lithium Batteries & Battery Systems |
| SC-227 | Standards of Navigation Performance |
| SC-228 | Minimum Operational Performance Standards for Unmanned Aircraft Systems |
| SC-229 | 406 MHz Emergency Locator Transmitters (ELTs) |
| SC-230 | Airborne Weather Detection Systems |
| SC-231 | Terrain Awareness Warning Systems (TAWS) |
| SC-232 | Airborne Selective Calling Equipment |

*18-cv-833 (D.D.C.) - Defendants' Ex. 1, page 8*



**CHANGE**

**U.S. DEPARTMENT OF TRANSPORTATION**
FEDERAL AVIATION ADMINISTRATION

Charter for RTCA, Inc.

ORDER
1110.77V
CHG 1

Effective Date

08/31/16

**SUBJ:** RTCA, Inc. (Utilized as an Advisory Committee)

1. **Purpose.** This is required to add new scope in paragraph 7d and add the drone advisory committee in appendix B; increase operating costs for the second year of the charter from $1,100,000 to $1,500,000 respectively; and add committees to Appendix A. RTCA Special Committees.

2. **Who this change affects.** Aviation Safety and NextGen.

3. **Explanation of Policy Change.** None.

4. **Disposition of Transmittal Paragraph.** Retain this transmittal sheet until the directive is cancelled by a new directive.

### PAGE CHANGE CONTROL CHART

| Remove Pages | Dated | Insert Pages | Dated |
|---|---|---|---|
| 2 through 7 | 04/01/15 | 2 through 8 | 08/31/16 |
| | | Appendix B, Page 9 | 08/31/16 |

5. **Administrative Information.** The content on pages 2 through 8 will have new page numbers to accommodate the paragraph 7d insertion on page 2. Appendix B is inserted on page 9. This order change will only be distributed to Aviation Safety Office (AVS) and the NextGen Office (ANG) for review and concurrence.

Michael P. Huerta
Administrator

Distribution: Electronic                                        Initiated By: ANG-A15



**U.S. DEPARTMENT OF TRANSPORTATION**

**FEDERAL AVIATION ADMINISTRATION**

**NextGen Organization**

**Charter for RTCA, Inc.**



ORDER

1110.77V

Effective Date:

04/01/15

**SUBJ:   RTCA, Inc. (Utilized as an Advisory Committee)**

---

**1.   Committee's Official Designation.** RTCA, Inc. (Utilized as an advisory committee).

**2.   Authority.** This order renews the charter for using the RTCA, Inc. (referred to as RTCA throughout) and some of its components as an advisory committee in accordance with the provisions of the Federal Advisory Committee Act (FACA), as amended, Pub. L. 92-463,5 U.S.C. App. RTCA benefits the public interest and supports the Federal Aviation Administration (FAA) in performing its duties and responsibilities under Subtitle VII, 49 U.S.C. § 40101.

**3.   Purpose of This Order.** The FAA and other Government members of the RTCA will use components of RTCA (for example, the NextGen Advisory Committee (NAC), Program Management Committee (PMC), Tactical Operations Committee (TOC), and the Special Committees) as a Federal advisory committee . The FAA may decide to form additional committees, as it deems necessary during the term of this charter.  These advisory committees will function under section 3(2)(C) of the FACA.

**4.   Audience.** This order applies to all members of the RTCA advisory committees and the FAA director level organizations at the Washington, D.C., Headquarters, and the William J. Hughes Technical Center in Atlantic City, NJ.

**5.   Where to Find This Order.** You can find this order on the FAA website under "Regulations & Policies" and select "Orders & Notices". This order can also be found on the MyFAA Employee website, using "Tools & Resources" tab and select "Orders & Notices."

**6.   This Order Cancels.** FAA Order 1110.77U, RTCA, Inc. (Utilized as an advisory committee), Effective Date: 04/01/2013.

**7.   Objective and Scope of Activities.** The objective of the advisory committee is to seek resolution of issues and challenges involving air transportation concepts, requirements, operational capabilities, and the associated use of technology and related considerations to aeronautical operations that affect the future Air Traffic Management System.

**a.**   To achieve this, specific objectives include the following:

(1)   Combine aviation system user and provider requirements in a manner that helps Government and industry meet their common objectives and responsibilities.

---

Distribution: Electronic

Initiated By: ANG-A15

(2)    Analyze and recommend solutions to the challenges the aviation community faces as it continues to increase safety, security, system capacity, and efficiency.

(3)    Develop consensus on relevant solutions to meet user and provider requirements, including the development of minimum operational performance standards and minimum operations performance standards for electronic systems and equipment that support aviation.

(4)    Aid in developing the appropriate material on which to base U.S. positions for the International Civil Aviation Organization (ICAO) and other international organizations, when requested.

(5)    Provide a venue where the FAA can solicit a single, consensus-based set of recommendations on issues that (1) are critical to the successful implementation of NextGen and Air Traffic Management System modernization and (2) require a commitment of resources and/or synchronized planning between Government and industry to achieve the intended outcome.

**b.**    RTCA provides the following two categories of recommendations:

(1)    Broad-gauged policy and investment priority recommendations used by the FAA when considering policy and program decisions.

(2)    Minimum performance standards, reports, and guidance documents used by the FAA in regulatory decisions and rulemaking.  Government regulatory and procurement practices reference or use the RTCA standards (with or without change). The RTCA recommendations are used in the private sector as the basis for development, investment, and other business decisions.

**c.**    The advisory committee will not aid in the coordination or review of safety and certification issues that are inherently governmental.

**d.**    RTCA also provides the following categories of recommendations:

(1)    A  Rolling Plan for NextGen Priorities through Fiscal Year 2019.

(2)    A traffic flow management strategy to maintain capacity during Performance Based Navigation (PBN) operations consistent with the FAA's implementation of the PBN Navigation Strategy.

(3)    FAA operational increments for NextGen planning consistent with the FAA's NextGen Vision.

**8.    Description of Duties.**  Components of the RTCA must serve as an advisory committee performing the following duties under the RTCA operating structure and methodology described below:

**a.**    The FAA Air Traffic Organization Chief Operating Officer, the Assistant Administrator for NextGen, the Associate Administrator for Aviation Safety, and the Assistant Administrator of

2

Policy, International Affairs and Environment, serve as the FAA *ex officio*, nonvoting members of the RTCA Policy Board.

    **b.**   The FAA will keep participation in all levels of the RTCA committees to a minimum, serving in an *ex officio* capacity as nonvoting members. The Designated Federal Officer (DFO) for the various committees will determine appropriate FAA participation to ensure further understanding of the subject matter. The FAA officials will not serve as chair or co-chair of any committee. Exceptions for Special Committees will require approval of the FAA members of PMC.

    **c.**   The RTCA President and the FAA members of the RTCA Policy Board will review the NAC, the PMC and the TOC membership yearly to ensure a balanced and equitable representation of the points of view and roles performed by the committees and to the extent feasible of the aviation community. Recommended membership changes to the NAC, PMC, and TOC will be presented to the RTCA President and respective DFOs for review and approval.

**9.   Agency or Official to Whom the Committee Reports.** The RTCA Advisory Committee must report to the Secretary of Transportation through the FAA Administrator.

**10. Support.** The FAA will provide support to the RTCA NAC, PMC, Special Committees, TOC, and any other Federal advisory committee established under this charter.

**11. Annual Operating Cost:** FAA annual funding commitment to support RTCA operating costs for the period covered by the charter shall not exceed $1,100,000 for the first year and $1,500,000 for the second year. The increase ceiling in the second year is to reflect the added requirements for NAC and to add the drone advisory committee (Appendix B).

**12. Designated Federal Officer.** The FAA Administrator, on behalf of the Secretary, designates full-time government employees as DFO and alternate for the NAC, PMC, and TOC.

    **a.**   The DFO or alternate must be present at all of the NAC, PMC, TOC and Special Committee meetings.

    **b.**   In accordance with the FACA, the DFO or alternate must be assigned to each committee to perform the following duties:

        (1)   Call, attend, and adjourn committee meetings;

        (2)   Approve agendas, maintain required records on costs and membership;

        (3)   Ensure efficient operations;

        (4)   Maintain records for availability to the public, provide copies of committee reports to the Committee Management Officer for forwarding to the Library of Congress;  and

        (5)   Close any advisory committee meeting, in coordination with the chairperson, when so doing would be in the public interest.

3

**13. Estimated Number and Frequency of Meetings.** The PMC will meet quarterly, as required, to carry out its responsibilities. The NAC and TOC will meet three times a year to ensure continuity and good preparation for public decision-making meetings. Special Committees meet as their workload requires. The NAC, PMC, TOC and Special Committee meetings must comply with all applicable provisions of the FACA, including the following:

**a.** The NAC, PMC, TOC and Special Committee, meetings must be open to the public and a notice must appear in the *Federal Register* at least 15 days before each meeting, except in emergencies. The notice must include the name of the advisory committee, the time, place, purpose of the meeting (including a summary of the agenda), and a statement that the meeting will be open to the public. The FAA may use other forms of notice, such as press releases.

**b.** Anyone interested can attend meetings and appear before the committee subject to reasonable limits of space and time. Additionally, anyone interested may file written statements with the committee.

(1)    Meetings may be closed to the public only as authorized by section 10(d) of the FACA and applicable regulations.

(2)    All RTCA advisory committees will follow the regular advisory committee process in making recommendations to the FAA, and will not make recommendations directly to FAA program offices.

(3)    The FAA has determined that continued use of RTCA and its components as an advisory committee is in the public interest for responsibilities imposed on FAA by law.

**14. Duration:** Continuing.

**15. Termination:** There is not a termination date.

**a.** However, FAA may terminate the charter incorporated in this Order if the following conditions occur:

(1)    RTCA disbands; the use of RTCA components by FAA ceases;

(2)    RTCA operations as covered by the FACA do not comply with FACA or implementing regulations, and RTCA cannot, or will not, achieve compliance;

(3)    RTCA refuses membership to a qualified applicant; or FAA determines that, as to important aspects of its operations, the role of RTCA as an advisory committee cannot be upheld.

**b.** The FAA will give as much advance notice as possible of such action to the RTCA and all participants. Such action by the FAA would not prevent another Government Agency from chartering RTCA under the Federal Advisory Committee Act.

4

**16. Membership and Designation:**  The RTCA PMC has approximately 19 members. The PMC members, with the exception of the RTCA President, are volunteers appointed by the RTCA President and serve with concurrence of their parent organization. Selection of PMC members is managed to ensure an appropriate balance of Government and industry perspectives and coverage for all disciplines addressed by Special Committees. The criterion for selecting a PMC member includes the ability to provide the requisite executive management and support of Special Committee activities.

    **a.**   The PMC, using Special Committees, manages most of the Federal advisory committee–related business of the RTCA related to the development of minimum performance standards and guidance material. The PMC establishes Special Committees in response to needs identified by government and industry. The RTCA President, in consultation with the FAA DFO, recommends the chair or co-chair for each committee. The PMC approves the terms of reference for the Special Committee; approves the chairs; approves recommendations; monitors progress; reviews reports; and approves, modifies, returns for additional work, or disapproves these reports. The PMC meetings are open to the public and are announced in the *Federal Register*.

    **b.**   Special Committees along with policy committees, such as the NAC and TOC are a principal means for RTCA to carry out its mission for the FAA. The PMC invites the RTCA member organizations to recruit and name qualified persons to serve on Special Committees. The Special Committee urges any organization materially affected by work of Special Committees to participate to create a balanced membership. In addition, the chair of any Special Committee may invite non-members of the RTCA having expertise in the subject matter to participate. The duration of the Special Committee depends upon the assigned tasks. The RTCA will publish notices in the *Federal Register* when plenary meetings are open to the public.

    **c.**   The RTCA NAC has approximately 28 members. Committee membership includes representatives from the following stakeholders: Air Traffic Management Automation Providers, Aircraft Manufacturers, Airports, Avionics Manufacturers, Department of Defense (DoD), Environmental Interest, Finance, Labor, General Aviation, Air Carriers, Business Aviation, and the Transportation Security Administration.  The FAA (NextGen Office, Air Traffic Operations, Aviation Safety, Airports, and Policy, International Affairs and Environment), MITRE, and RTCA are nonvoting members of the committee.

    **d.**   The RTCA TOC has approximately 17 members. Committee membership includes representatives from the following stakeholders: Airline Pilots, Airports, Business Aviation, Commercial Air Carriers, Controllers (NATCA), Dispatchers, DoD, General Aviation, and Regional Air Carriers. The FAA, MITRE, and RTCA are nonvoting members of the committee.

    **e.**   Representatives of non-Government RTCA member organizations serve on the committees without Government compensation. The employing organization bears all costs related to its participation on such RTCA committees. Appointed members of the RTCA Policy Board, Board of Directors, NAC, PMC, chairpersons of Special Committees and TOC serve as "representative" members. They must represent a particular interest of employment, education, experience, or affiliation with a specific aviation-related organization (reference Department of

Transportation (DOT) Order 1120.3B, Committee Management Policy and Procedures, Ch. II, 10.a.).

**f.**   To identify clearly and provide proper disclosure of their specific affiliation or professional interest, appointed members will complete an Advisory Committee Candidate Biographical Information Request, Form DOT F 1120.1 (as described in the DOT Order 1120.3B, Committee Management Policy and Procedures, Ch. II, 11b(1)). Members must complete a new form DOT F 1120.1 when a change in affiliation occurs.

**17. Subcommittees.** The Department of Transportation has the authority to create subcommittees. All RTCA advisory subcommittees or work groups must report to the parent Federal advisory committee and must not provide advice or work products directly to the agency.

**18. Recordkeeping.** RTCA will publish the minutes of each NAC, PMC, Special Committee, and TOC meeting. The official minutes must include the following: time and place of the meeting; a list of all attendees, including members, staff, and public observers; a summary of matters discussed and conclusions reached; reference to reports issued or approved by the committee; and a description of public participation, including verbal or written statements. The committee chair must certify the accuracy of the minutes. Meeting summaries are available to the public and are posted on the RTCA web site at http://www.rtca.org.

**a.**   Yearly, RTCA must provide information to FAA on its committees, including, but not limited to the following: the number of meetings of each committee; the total number of meetings; meeting attendance for FAA, other Government, and non-Government participants; the name and organizational affiliation of each RTCA committee member; report titles and dates; and dates of all meetings.

**b.**   This order complies with the requirements in section 9(c) of the FACA for charters for PMC and Special Committees or other advisory committee task forces.

**c.**   Appendix A provides a list of the current Special Committees. A new charter action is not required to assign a new tasking to an existing Special Committee so long as the new tasking is within its topical responsibility. These committees must comply with all requirements and implementing regulations covered in section 10 of the FACA.

**d.**   The NAC, PMC, TOC and Special Committees formally and informally established subcommittees, or other subgroups of the committee, will handle their records in accordance with General Records Schedule 26, Item 2, or other approved Agency records disposition schedule.

**e.**   Subject to the conditions of the Freedom of Information Act, 5 U.S.C. § 552(b), records, reports, transcripts, minutes or meeting summaries, and other documents are available for public inspection or purchase from RTCA. Copies of FAA documents are available to the public according to the fee schedule published in title 49, part 7, of the Code of Federal Regulations.

*18-cv-833 (D.D.C.) - Defendants' Ex. 1, page 15*

**19. Filing Date.** Renewal of the RTCA charter and its components, listed in Appendix A, is effective April 1, 2015, which is the filing date of the charter. Using RTCA components as advisory committees will continue for two (2) years, unless sooner terminated or renewed by proper authority.

**20. Distribution.** This order is available electronically as described in paragraph 3.

Michael P. Huerta
Administrator

7

# Appendix A. RTCA Special Committees

Paragraph 18b contains information on the Special Committees. The following is a list of RTCA Special Committees as of January 2016. You can find the most current list of RTCA Special Committees at www.rtca.org.

| | |
|---|---|
| SC-135 | Environmental Testing |
| SC-147 | Traffic Alert & Collision Avoidance System (TCAS) |
| SC-159 | Global Positioning System (GPS) |
| SC-186 | Automatic Dependent Surveillance-Broadcast (ADS-B) |
| SC-206 | Aeronautical Information Services (AIS) Data Link |
| SC-209 | ATCRBS & Mode S Transponder |
| SC-213 | Enhanced Flight Vision Systems & Synthetic Vision Systems (EFVS/SVS) |
| SC-214 | Standards for Air Traffic Data Communication Services |
| SC-216 | Aeronautical Systems Security |
| SC-217 | Aeronautical Databases |
| SC-222 | AMS(R)S |
| SC-223 | Aeronautical Mobile Airport Communication System |
| SC-224 | Airport Security Access Control Systems |
| SC-225 | Rechargeable Lithium Batteries & Battery Systems |
| SC-227 | Standards of Navigation Performance |
| SC-228 | Minimum Operational Performance Standards for Unmanned Aircraft Systems |
| SC-229 | 406 MHz Emergency Locator Transmitters (ELTs) |
| SC-230 | Airborne Weather Detection Systems |
| SC-231 | Terrain Awareness Warning Systems (TAWS) |
| SC-232 | Airborne Selective Calling Equipment |
| SC-233 | Addressing Human Factors/Pilot Interface Issues for Avionics |
| SC-234 | Portable Electronic Devices |
| SC-235 | Non-Rechargeable Lithium Batteries |

*18-cv-833 (D.D.C.) - Defendants' Ex. 1, page 17*

## Appendix B. Drone Advisory Committee

The following describes the addition of the designation of the Drone Advisory Committee (DAC).

1. **Purpose:** Establish the DAC as a component of the RTCA Federal advisory committee.

2. **Description:** The RTCA DAC will comply with the provisions of the RTCA Charter and the DAC specific provisions below:

   a.   Objective and Scope of Activities.  The Objective of the DAC is to provide an open venue for FAA and UAS stakeholders to work in partnership to identify and recommend a single, consensus-based set of resolutions for near-term issues regarding the efficiency and safety of integrating UAS into the NAS and to develop recommendations to address those issues and challenges. The DAC will also provide the FAA with recommendations which may be used for tactical and strategic planning purposes. The DAC is comprised of executive leaders from key unmanned aircraft stakeholders as well as key stakeholders in the manned aviation community. The DAC will track and report progress and activities of FAA-approved subcommittees, provide suggested guidance for their work, and will coordinate final products for submittal to the FAA Administrator. Each FAA-approved Task Group will have a specific, limited charter that is developed by the DAC and is approved by the FAA Administrator. Unless otherwise stated, Task Groups will be sunset upon completion of deliverables as documented in their respective charter(s). Task Groups may be cancelled prior to completion of specified deliverables in accordance with the terms in their respective charter(s).

   b.   Estimated Number and Frequency of Meetings. The DAC will hold at least three meetings per year, as required, to carry out its responsibilities.  The DAC will meet as often as necessary to ensure continuity and good preparation for public decision making meetings.

   c.   Membership. The DAC has approximately 30 members.  Committee membership includes representatives from the following stakeholder communities: UAS Manufacturers (all sizes), UAS Operators (all sizes), Drone Hardware Component Manufacturers, Drone Software Application Manufacturers, Traditional Manned Aviation Operators, Airports and Airport Communities, Labor (controllers, pilots), Research and Development, Academia, Local Government, and Navigation, Communication and Surveillance and Air Traffic Management Capabilities Providers.  The FAA (UAS Integration Office, Air Traffic Organization, and other Federal Representatives) are non-voting members of the committee.

   d.   A Terms of Reference (TOR) will be developed separately that details the specific conduct of the DAC.  Provisions of the TOR will comply with all requirements and implementing regulations covered in section 10 of the FACA.

9



**U.S. DEPARTMENT OF TRANSPORTATION**

**FEDERAL AVIATION ADMINISTRATION**



**ORDER**

**1110.77W**

Effective Date:

**Charter for RTCA, Inc.**

04/01/17

**SUBJ:  RTCA, Inc. (Utilized as an advisory committee)**

---

**1.  Committee's Official Designation.** RTCA, Inc. (Utilized as an advisory committee).

**2.  Authority.** This order renews the charter for using the RTCA, Inc. (referred to as RTCA throughout) as an advisory committee in accordance with the provisions of the Federal Advisory Committee Act (FACA), as amended, Pub. L. 92-463, 5 U.S.C. App. 2. The RTCA benefits the public interest and supports the Federal Aviation Administration (FAA) in performing its duties and responsibilities under Subtitle VII, 49 U.S.C. § 40101.

**3.  Objective and Scope of Activities.** The objective of the RTCA advisory committee is to seek resolution of issues and challenges involving air transportation concepts, requirements, operational capabilities, and the associated use of technology and related considerations to aeronautical operations that affect the future Air Traffic Management System. The FAA may decide to form additional subcommittees, as it deems necessary during the term of this charter. RTCA will function under section 3(2)(C) of the FACA.

    **a.**  To achieve this, specific objectives include the following:

        (1)  Combine aviation system user and provider requirements in a manner that helps Government and industry meet their common objectives and responsibilities.

        (2)  Analyze and recommend solutions to the challenges the aviation community faces as it continues to increase safety, security, system capacity, and efficiency.

        (3)  Develop consensus on relevant solutions to meet user and provider requirements, including the development of minimum operational performance standards, including minimum operations performance standards for electronic systems and equipment that support aviation.

        (4)  Aid in developing the appropriate material on which to base U.S. positions for the International Civil Aviation Organization (ICAO) and other international organizations, when requested.

        (5)  Provide a venue where the FAA can solicit a single, consensus-based set of recommendations on issues that (1) are critical to the successful implementation of NextGen and Air Traffic Management System modernization and (2) require a commitment of resources and/or synchronized planning between Government and industry to achieve the intended outcome.

---

**b.**   RTCA provides the following two categories of recommendations:

(1)  Broad-gauged policy and investment priority recommendations used by the FAA when considering policy and program decisions.

(2)  Minimum performance standards, reports, and guidance documents used by the FAA in regulatory decisions and rulemaking.  Government regulatory and procurement practices reference or use the RTCA standards (with or without change). The RTCA recommendations are used in the private sector as the basis for development, investment, and other business decisions.

**c.**   The advisory committee will not aid in the coordination or review of safety and certification issues that are inherently governmental.

**d.**   RTCA also provides the following categories of recommendations:

(1)  A Rolling Plan for NextGen Priorities through Fiscal Year 2019.

(2)  A traffic flow management strategy to maintain capacity during Performance Based Navigation (PBN) operations consistent with the FAA's implementation of the PBN Navigation Strategy.

(3)  FAA operational increments for NextGen planning consistent with the FAA's NextGen Vision.

**4.   Description of Duties.**  RTCA and its subcommittees are solely advisory and will perform the following duties under the RTCA operating structure and methodology described below:

**a.**   The FAA Air Traffic Organization Chief Operating Officer, the Assistant Administrator for NextGen, the Associate Administrator for Aviation Safety, and the Assistant Administrator of Policy, International Affairs and Environment, make up the FAA's representation to the RTCA. They provide FAA oversight to RTCA.

**b.**   The FAA will keep participation in all levels of the RTCA and its subcommittees to a minimum, serving in an *ex officio* capacity as nonvoting members. The Designated Federal Officer (DFO) for the RTCA will determine appropriate FAA participation to ensure further understanding of the subject matter. The FAA official will not serve as chair or co-chair of any committee. Exceptions for Special Subcommittees will require approval of the FAA members.

**c.**   The RTCA President and the FAA members review subcommittee membership yearly to ensure a balanced and equitable representation of the points of view and roles performed by the subcommittees and to the extent feasible of the aviation community. Recommended membership changes to the subcommittees will be presented to the RTCA President and respective DFO for review and approval.

**5.   Agency or Official to Whom the Committee Reports.**  The RTCA Advisory Committee must report to the Secretary of Transportation through the FAA Administrator.

**6.   Support.** The FAA will provide support to the RTCA advisory committee and subcommittees.

**7.   Estimated Annual Operating Costs and Staff Years:** FAA annual funding commitment to support RTCA operating costs for the period covered by the charter will not exceed $750,000.

**8.   Designated Federal Officer.** The FAA Administrator, on behalf of the Secretary, designates full-time government employees as DFO and alternate for the RTCA advisory committee and subcommittees.

    **a.**   The DFO or alternate must be present at all of the subcommittee meetings.

    **b.**   In accordance with the FACA, the DFO or alternate must be assigned to the RTCA and its subcommittees to perform the following duties:

        (1)   Call, attend, and adjourn subcommittee meetings;

        (2)   Approve agendas, maintain required records on costs and membership;

        (3)   Ensure efficient operations;

        (4)   Maintain records for availability to the public, provide copies of committee reports to the Committee Management Officer for forwarding to the Library of Congress;  and

        (5)   Adjourn any meeting, in coordination with the chairperson, when so doing would be in the public interest.

        (6)   Chair meetings when directed to do so by the Secretary of Transportation.

**9.   Estimated Number and Frequency of Meetings.** RTCA will oversee all meetings.  The PMC will meet quarterly, as required, to carry out its responsibilities. The NextGen Subcommittee (NAC) and Tactical Operations Subcommittee (TOC) will meet three times a year to ensure continuity and good preparation for public decision-making meetings. Special Subcommittees meet as their workload requires. The subcommittee meetings will comply with FACA as follows:

    **a.**   The subcommittee meetings must be open to the public and a notice must appear in the *Federal Register* at least 15 days before each meeting, except in emergencies. The notice must include the name of the subcommittee, the time, place, purpose of the meeting (including a summary of the agenda), and a statement that the meeting will be open to the public. If the meeting is closed, state the reasons why, citing the specific exemptions of the Government in the Sunshine Act, 5 U.S.C. 552b(c), as the basis for closure.  The FAA may use other forms of notice, such as press releases.

    **b.**   Anyone interested can attend meetings and appear before the committee subject to reasonable limits of space and time. Additionally, anyone interested may file written statements with the RTCA.

(1)  Meetings may be closed to the public only as authorized by section 10(d) of the FACA and applicable regulations.

(2)  RTCA and its subcommittees will follow the regular advisory committee process in making recommendations to the FAA.

(3)  The FAA has determined that continued use of RTCA as an advisory committee is in the public interest for responsibilities imposed on FAA by law.

**10. Duration:**  Continuing.

**11. Termination**:  This charter shall terminate 6 months after its effective unless renewed in accordance with FACA and other applicable regulations.

**a.**  However, FAA may terminate the charter incorporated in this Order if the following conditions occur:

(1)  RTCA disbands; the use of RTCA subcommittees by FAA ceases;

(2)  RTCA operations as covered by the FACA do not comply with FACA or implementing regulations, and RTCA cannot, or will not, achieve compliance;

(3)  RTCA refuses membership to a qualified applicant; or

(4)  FAA determines that, as to important aspects of its operations, the role of RTCA as an advisory committee cannot be upheld.

The FAA will give as much advance notice as possible of such action to the RTCA and all participants. Such action by the FAA would not prevent another Government Agency from chartering RTCA under the FACA.

**12. Membership and Designation:**  The RTCA coordinates membership, expertise, and groups represented to achieve a balance in the RTCA and its subcommittees.  The membership varies to address the complexity of the subcommittee topic.  Membership includes FAA regular or special government employees.

**a.**  The PMC has approximately 19 members. Selection of PMC members is managed to ensure an appropriate balance of Government and industry perspectives and coverage for all disciplines addressed by Special Subcommittees. The criterion for selecting a PMC member includes the ability to provide the requisite executive management and support of Special Subcommittee activities.

**b.**  Special Subcommittees along with policy subcommittees, such as the NAC and TOC, are a principal means for RTCA to carry out its mission for the FAA. The PMC invites the RTCA member organizations to recruit and name qualified persons to serve on Special Subcommittees. The Special Subcommittee urges any organization materially affected by work of Special Subcommittees to participate to create a balanced membership. In addition, the chair of any Special Subcommittee may invite non-members of the RTCA having expertise in the

subject matter to participate. The duration of the Special Subcommittee depends upon the assigned tasks. The RTCA will publish notices in the *Federal Register* when meetings are open to the public.

 **c.** The RTCA NAC has approximately 28 members. Subcommittee membership includes representatives from the following stakeholders: Air Traffic Management Automation Providers, Aircraft Manufacturers, Airports, Avionics Manufacturers, Department of Defense (DoD), Environmental Interest, Finance, Labor, General Aviation, Air Carriers, Business Aviation, and the Transportation Security Administration. The FAA (NextGen Office, Air Traffic Operations, Aviation Safety, Airports, and Policy, International Affairs and Environment), MITRE, and RTCA are nonvoting members of the subcommittee.

 **d.** The RTCA TOC has approximately 17 members. Subcommittee membership includes representatives from the following stakeholders: Airline Pilots, Airports, Business Aviation, Commercial Air Carriers, Controllers (NATCA), Dispatchers, DoD, General Aviation, and Regional Air Carriers. The FAA, MITRE, and RTCA are nonvoting members of the subcommittee.

 **e.** The RTCA Drone Subcommittee (DAC) has 35 members. Subcommittee membership includes representatives from the following stakeholder communities: UAS Manufacturers (all sizes), UAS Operators (all sizes), Drone Hardware Component Manufacturers, Drone Software Application Manufacturers, Traditional Manned Aviation Operators, Airports and Airport Communities, Labor (controllers, pilots), Research and Development, Academia, Local Government, and Navigation, Communication and Surveillance and Air Traffic Management Capabilities Providers. The FAA (UAS Integration Office, Air Traffic Organization, and other Federal Representatives) and RTCA are non-voting members of the subcommittee.

 **f.** Representatives of non-Government RTCA member organizations serve on the subcommittees without Government compensation. The employing organization bears all costs related to its participation on such RTCA subcommittees. They must represent a particular interest of employment, education, experience, or affiliation with a specific aviation-related organization (reference Department of Transportation (DOT) Order 1120.3B, Committee Management Policy and Procedures, Ch. II, 10.a.).

 **g.** To identify clearly and provide proper disclosure of their specific affiliation or professional interest, appointed members will complete an Advisory Committee Candidate Biographical Information Request, Form DOT F 1120.1, OMB No.04-R5722 (as described in the DOT Order 1120.3B, Committee Management Policy and Procedures, Ch. II, 11b(1)). Members must complete a new form DOT F 1120.1 when a change in affiliation occurs.

**13. Subcommittees.** The Department of Transportation has the authority to create other subcommittees. All RTCA subcommittees must report to the parent Federal advisory committee and must not provide advice or work products directly to the agency.

**14. Recordkeeping.** RTCA will publish the minutes and recommendations of each of its subcommittees. The official minutes must include the following: time and place of the meeting; a list of all attendees, including members, staff, and public observers; a summary of matters

04/01/17                                                                    1110.77W

discussed and conclusions reached; reference to reports issued or approved by the subcommittee; and a description of public participation, including verbal or written statements. The subcommittee chair must certify the accuracy of the minutes. Meeting summaries are available to the public and are posted on the RTCA web site at http://www.rtca.org.

    **a.**    Yearly, RTCA must provide information to FAA on its subcommittees, including, but not limited to the following: the number of meetings of each subcommittee; the total number of meetings; meeting attendance for FAA, other Government, and non-Government participants; the name and organizational affiliation of each RTCA committee/subcommittee member; report titles and dates; and dates of all meetings.

    **b.**    Appendix A provides a list of the current Special Subcommittees. These subcommittees must comply with all requirements and implementing regulations covered in section 10 of the FACA.

    **c.**    The NAC, PMC, TOC, DAC and Special Subcommittees formally and informally established subgroups of the committee, will handle their records in accordance with General Records Schedule 6.2, or other approved Agency records disposition schedule.

    **d.**    Subject to the conditions of the Freedom of Information Act, 5 U.S.C. § 552(b), records, reports, transcripts, minutes or meeting summaries, and other documents are available for public inspection or purchase from RTCA. Copies of FAA documents are available to the public according to the fee schedule published in title 49, part 7, of the Code of Federal Regulations.

**15.  Filing Date.**  Renewal of the RTCA charter is effective from April 1, 2017.

Victoria Wassmer
Deputy Administrator (Acting)

04/01/17                                                                                    1110.77W

**Appendix A - Special Subcommittees**

The following is a list of Special Subcommittees as of December 2016. To view the most current
list of Special Subcommittees online, please visit:
http://www.rtca.org/content.asp?pl=33&sl=108&contentid=108.

| SC-135 | Environmental Testing |
| SC-147 | Traffic Alert & Collision Avoidance System (TCAS) |
| SC-159 | Global Positioning System (GPS) |
| SC-186 | Automatic Dependent Surveillance-Broadcast (ADS-B) |
| SC-206 | Aeronautical Information Services (AIS) Data Link |
| SC-209 | Air Traffic Control Radar Beacon System (ATCRBS & Mode S Transponder) |
| SC-213 | Enhanced Flight Vision Systems & Synthetic Vision Systems (EFVS/SVS) |
| SC-214 | Standards for Air Traffic Data Communication Services |
| SC-216 | Aeronautical Systems Security |
| SC-217 | Aeronautical Databases |
| SC-222 | Aeronautical Mobile-Satellite (R) Radiocommunication Service (AMS(R)S) |
| SC-223 | Aeronautical Mobile Airport Communication System |
| SC-224 | Airport Security Access Control Systems |
| SC-225 | Rechargeable Lithium Batteries & Battery Systems |
| SC-227 | Standards of Navigation Performance |
| SC-228 | Minimum Operational Performance Standards for Unmanned Aircraft Systems |
| SC-229 | 406 MHz Emergency Locator Transmitters (ELTs) |
| SC-230 | Airborne Weather Detection Systems |
| SC-231 | Terrain Awareness Warning Systems (TAWS) |
| SC-233 | Addressing Human Factors/Pilot Interface Issues for Avionics |
| SC-234 | Portable Electronic Devices |
| SC-235 | Non-Rechargeable Lithium Batteries |
| SC-236 | Standards for Wireless Avionics Intra-Communication System (WAIC) within 4200-4400 MHz |

*18-cv-833 (D.D.C.) - Defendants' Ex. 1, page 25*



**U.S. DEPARTMENT OF TRANSPORTATION**

**FEDERAL AVIATION ADMINISTRATION**

**ORDER**

**1110.77X**

Effective Date:

09/29/17

**SUBJ:    RTCA Charter**

---

**1. Committee's Official Designation.** RTCA Advisory Committee.

**2. Authority.** The Federal Aviation Administration (FAA) finds that it is in the public interest to utilize the RTCA advisory committee in connection with the duties of the FAA under law, and in accordance with the provisions of the Federal Advisory Committee Act (FACA), as amended, Pub. L. 92-463, 5 U.S.C. App 2.

**3. Objectives and Scope of Activities.** RTCA, Inc. is a private, not-for-profit association that is utilized as a federal advisory committee by the FAA. The RTCA Advisory Committee, composed of RTCA members appointed by the Secretary, works in response to requests from the FAA, providing recommendations from the aviation community on issues/challenges involving: air transportation concepts, requirements, operational capabilities, the associated use of technology, and related considerations to operations that affect the future of the Air Traffic Management System and the integration of new technologies by providing recommendations in these areas. As requested by the FAA, the RTCA Advisory Committee provides advice on topics including but not limited to: Next Generation Air Transportation System (NextGen), Tactical Operations, new entrants such as Unmanned Aircraft Systems (UAS) and other technical requirements for the FAA. The RTCA Advisory Committee does not exercise program management responsibilities and makes no decisions directly affecting the programs on which it provides advice.

**4. Audience.** This order applies to the FAA and all members of the RTCA Advisory Committee that participate in advisory activities for the FAA.

**5. Where to Find This Order.** You can find this order on the FAA.GOV website under the "Regulations & Policies" tab and select "Orders & Notices" or on the My FAA Employee website. Use "Tools & Resources" tab and select "Orders & Notices.

**6. This Order Cancels.** FAA Order 1110.77W, RTCA, Inc. (Utilized as an advisory committee), Effective Date: April 01, 2017.

**7. Description of Duties.** The objective of the RTCA Advisory Committee is to assist the FAA with seeking resolution and/or investigating options for resolution. At the request of the FAA, this committee will perform the following advisory duties:

---

**a.** Develop recommendations to meet government and industry common objectives and responsibilities, taking into account aviation system user and provider requirements.

**b.** Analyze and recommend solutions to the challenges the aviation community faces as it continues to increase safety, security, system capacity, and efficiency.

**c.** Develop consensus recommendations on solutions to meet user and provider requirements, including developing recommendations of minimum operational performance standards for electronic systems and equipment that support aviation.

**d.** Facilitate planning between government and industry to achieve a consensus-based set of recommendations on issues that include, without limitation, those that are critical to setting international standards, ensuring successful implementation of NextGen, Air Traffic Management System modernization, and new entrants into the National Airspace System (NAS).

**e.** Support FAA by providing recommendations for: (1) investment priorities and (2) minimum performance standards, reports, and guidance documents.

**8. Agency or Official to Whom the Committee Reports.** The RTCA Advisory Committee reports to the Secretary of the Department of Transportation (DOT) through the FAA Administrator.

**9. Support.** FAA will provide support for the RTCA Advisory Committee and its subcommittees. The FAA will participate and provide requirements, review and consider guidance. In addition, the Designated Federal Officer (DFO) (see paragraph 11) for the RTCA Advisory Committee and subcommittees will determine appropriate FAA participation to ensure proper understanding of the subject matter.

**10. Estimated Annual Operating Costs and Staff Years.** The FAA's annual operating costs to support RTCA Advisory Committee and its subcommittees for the period and scope specified by the charter shall not exceed $750,000 and 9.5 full time equivalent (FTE).

**11. Designated Federal Officer.** The FAA Administrator, on behalf of the Secretary, designates full-time or part-time employees, appointed in accordance with agency procedures, as the DFO (or alternate DFO) for the RTCA Advisory Committee and subcommittees.

**a.** The DFO or alternate will ensure compliance with FACA, and any other applicable laws and regulations

**b.** The DFO or alternate must be present at all the RTCA Advisory Committee and subcommittee meetings

**c.** In accordance with the FACA, the DFO or alternate must perform the following duties:

1) Call, attend, and adjourn all the committee/subcommittees meetings

2) Approve all committee/subcommittee agendas

3)  Maintain membership records

4)  Ensure efficient operations

5)  Maintain required records for availability to the public

6)  Provide copies of RTCA Advisory Committee reports to the Committee Management Officer (CMO) for forwarding to the Library of Congress

7)  Adjourn any meeting in coordination with the committee chair when doing so would be in the public interest; and

8)  Chair meetings when directed to do so by the FAA Administrator

**12. Estimated Number and Frequency of Meetings.** Committee and subcommittee meetings will comply with the following applicable provisions of FACA:

**a.** The RTCA Advisory Committee will meet at least annually, as required, to carry out its responsibilities. The Program Management Subcommittee will meet quarterly, as required, to carry out its responsibilities. The NextGen, Tactical Operations and Drone Advisory Subcommittees will meet three times a year to ensure continuity and good preparation for public decision-making meetings. Special subcommittees meet as their workload requires.

**b.** RTCA Advisory Committee and subcommittee meetings will be open to the public, except as provided by section 10(d) of the FACA and applicable regulations. Meetings will be announced in the Federal Register at least 15 days before each meeting, except in emergencies. Additionally, the FAA may use other forms of notice, such as press releases and web site notifications for committee and subcommittee meetings.

**c.** Anyone interested may attend meetings and appear before the RTCA Advisory Committee or subcommittees within reasonable limits of space and time. Additionally, anyone interested may file written statements with the committee/subcommittees. RTCA Advisory Committee will provide public web access to committee/subcommittee meeting agendas, summaries and other appropriate materials. This includes documents that are in the Final Review and Comment (FRAC) period.

**13. Duration.** The period of performance for this charter is October 1, 2017 through March 31, 2018. All subcommittees will be on a continuing period of performance for the duration of the charter, unless its tasks are completed prior to the six months.

**14. Termination**. The charter shall terminate 6 months after its filing date unless renewed in accordance with FACA and other applicable regulations.

If RTCA Advisory Committee is terminated the FAA will give as much advance notice as possible of such action to all participants.

**15. Membership and Designation.** The Secretary will appoint members based on the recommendations of the FAA. The membership varies to address the complexity of the topic. Membership includes FAA regular government employees, special government employees, and various representative members from the aviation sector, including manufacturers of aircraft and aircraft systems; airports and air traffic management; dispatchers, pilots and operators; state/local government; and others in the aviation industry.

Members also may be drawn from FAA's Office of NextGen, Security and Hazardous Materials Safety, Air Traffic Operations, Aviation Safety, Airports Division, Policy, International Affairs and Environment Office, as well as MITRE Inc.

In addition, the chair of any subcommittee may request that the RTCA Advisory Committee invite experts in a non-represented subject matter, if it is determined essential to the successful completion of its function.

   **a.** The RTCA Advisory Committee has approximately 24 members, NextGen Advisory Subcommittee has approximately 43 members, Drone Advisory Subcommittee has approximately 79 members, Tactical Operations Subcommittee has approximately 18 members, and Program Management Subcommittee has approximately 21 members. Membership is determined by the topic.

   **b.** Non-government representatives will serve without government compensation. The employing organization bears all costs related to its participation. They must represent a particular interest of employment, education, experience, or affiliation with a specific aviation-related organization (reference Department of Transportation (DOT) Order 1120.3B, Committee Management Policy and Procedures, Ch. II, 10.a).

**16. Subcommittees.** The FAA has the authority to create and dissolve subcommittees, as needed. All subcommittees, must report to the RTCA Advisory Committee and must not provide advice or work products directly to the agency unless operating under the authority and requirements contained in FACA, §102-3.145.

**17. Recordkeeping.** The records of the committee, formally and informally established subcommittees, or other work or task subgroup of the subcommittee, shall be handled in accordance with the General Records Schedule 6.2, or other approved agency records disposition schedule.

The committee/subcommittee chair must certify the accuracy of the minutes. Meeting summaries are available to the public and are posted on the RTCA web site at http://www.rtca.org.

   **a.** Subject to the Freedom of Information Act, 5 U.S.C. § 552, records, reports, transcripts, minutes or meeting summaries, and other materials presented to or prepared for the RTCA Advisory Committee are available for public inspection.

09/29/17                                                           1110.77X

**18. Filing Date.** This charter is effective September 29 2017, the date on which it was filed with Congress.

**19. Distribution.** This order is distributed as referenced in Paragraph 5 of this Order.

Michael P. Huerta
Administrator

5



**U.S. DEPARTMENT OF TRANSPORTATION**

**FEDERAL AVIATION ADMINISTRATION**



ORDER

1110.77Y

Effective Date:

3/29/2018

**SUBJ:**   **RTCA Charter**

**1. Committee's Official Designation.** RTCA Advisory Committee.

**2. Authority.** The Federal Aviation Administration (FAA) finds that it is in the public interest to utilize the RTCA advisory committee in connection with the duties of the FAA under law, and in accordance with the provisions of the Federal Advisory Committee Act (FACA), as amended, Pub. L. 92-463, 5 U.S.C. App 2.

**3. Objectives and Scope of Activities.** RTCA, Inc. is a private, not-for-profit association that is utilized as a federal advisory committee by the FAA. The RTCA Advisory Committee, composed of RTCA members appointed by the Secretary, works in response to requests from the FAA, providing recommendations from the aviation community on issues/challenges involving: air transportation concepts, requirements, operational capabilities, the associated use of technology, and related considerations to operations that affect the future of the Air Traffic Management System and the integration of new technologies by providing recommendations in these areas. As requested by the FAA, the RTCA Advisory Committee provides advice on topics including but not limited to: Next Generation Air Transportation System (NextGen), Tactical Operations, new entrants such as Unmanned Aircraft Systems (UAS) and other technical requirements for the FAA. The RTCA Advisory Committee does not exercise program management responsibilities and makes no decisions directly affecting the programs on which it provides advice.

**4. Audience.** This order applies to the FAA and all members of the RTCA Advisory Committee that participate in advisory activities for the FAA.

**5. Where to Find This Order.** You can find this order on the FAA.GOV website under the "Regulations & Policies" tab and select "Orders & Notices" or on the My FAA Employee website. Use "Tools & Resources" tab and select "Orders & Notices.

**6. This Order Cancels.** FAA Order 1110.77X, RTCA, Inc. (Utilized as an advisory committee), Effective Date: September 29, 2017.

**7. Description of Duties.** The objective of the RTCA Advisory Committee is to assist the FAA with seeking resolution and/or investigating options for resolution. At the request of the FAA, this committee will perform the following advisory duties:

*18-cv-833 (D.D.C.) - Defendants' Ex. 1, page 31*

   **a.** Develop recommendations to meet government and industry common objectives and responsibilities, taking into account aviation system user and provider requirements.

   **b.** Analyze and recommend solutions to the challenges the aviation community faces as it continues to increase safety, security, system capacity, and efficiency.

   **c.** Develop consensus recommendations on solutions to meet user and provider requirements, including developing recommendations of minimum operational performance standards for electronic systems and equipment that support aviation.

   **d.** Facilitate planning between government and industry to achieve a consensus-based set of recommendations on issues that include, without limitation, those that are critical to setting international standards, ensuring successful implementation of NextGen, Air Traffic Management System modernization, and new entrants into the National Airspace System (NAS).

   **e.** Support FAA by providing recommendations for: (1) investment priorities and (2) minimum performance standards, reports, and guidance documents.

**8.  Agency or Official to Whom the Committee Reports.** The RTCA Advisory Committee reports to the Secretary of the Department of Transportation (DOT) through the FAA Administrator.

**9.  Support.** FAA will provide support for the RTCA Advisory Committee and its subcommittees. The FAA will participate and provide requirements, review and consider guidance. In addition, the Designated Federal Officer (DFO) (see paragraph 11) for the RTCA Advisory Committee and subcommittees will determine appropriate FAA participation to ensure proper understanding of the subject matter.

**10.  Estimated Annual Operating Costs and Staff Years.** The FAA's operating costs to support RTCA Advisory Committee and its subcommittees for the period and scope specified by the charter shall not exceed $250,000 and 9.5 full time equivalent (FTE).

**11.  Designated Federal Officer.** The FAA Administrator, on behalf of the Secretary, designates full-time or part-time employees, appointed in accordance with agency procedures, as the DFO (or alternate DFO) for the RTCA Advisory Committee and subcommittees.

   **a.** The DFO or alternate will ensure compliance with FACA, and any other applicable laws and regulations

   **b.** The DFO or alternate must be present at all the RTCA Advisory Committee and subcommittee meetings

   **c.** In accordance with the FACA, the DFO or alternate must perform the following duties:

     1) Call, attend, and adjourn all the committee/subcommittees meetings

     2) Approve all committee/subcommittee agendas

3) Maintain membership records

4) Ensure efficient operations

5) Maintain required records for availability to the public

6) Provide copies of RTCA Advisory Committee reports to the Committee Management Officer (CMO) for forwarding to the Library of Congress

7) Adjourn any meeting in coordination with the committee chair when doing so would be in the public interest; and

8) Chair meetings when directed to do so by the FAA Administrator

**12. Estimated Number and Frequency of Meetings.** Committee and subcommittee meetings will comply with the following applicable provisions of FACA:

**a.** The RTCA Advisory Committee will meet at least annually, as required, to carry out its responsibilities. The Program Management Subcommittee will meet quarterly, as required, to carry out its responsibilities. The NextGen, Tactical Operations and Drone Advisory Subcommittees will meet three times a year to ensure continuity and good preparation for public decision-making meetings. Special subcommittees meet as their workload requires.

**b.** RTCA Advisory Committee and subcommittee meetings will be open to the public, except as provided by section 10(d) of the FACA and applicable regulations. Meetings will be announced in the Federal Register at least 15 days before each meeting, except in emergencies. Additionally, the FAA may use other forms of notice, such as press releases and web site notifications for committee and subcommittee meetings.

**c.** Anyone interested may attend meetings and appear before the RTCA Advisory Committee or subcommittees within reasonable limits of space and time. Additionally, anyone interested may file written statements with the committee/subcommittees. RTCA Advisory Committee will provide public web access to committee/subcommittee meeting agendas, summaries and other appropriate materials. This includes documents that are in the Final Review and Comment (FRAC) period.

**13. Duration.** The period of performance for this charter is March 29, 2018 through May 29, 2018. All subcommittees will be on a continuing period of performance for the duration of the charter, unless its tasks are completed prior to the two months.

**14. Termination.** The charter shall terminate 2 months after its filing date unless renewed in accordance with FACA and other applicable regulations.

If RTCA Advisory Committee is terminated the FAA will give as much advance notice as possible of such action to all participants.

**15. Membership and Designation.** The Secretary will appoint members based on the recommendations of the FAA. The membership varies to address the complexity of the topic.

Membership includes FAA regular government employees, special government employees, and various representative members from the aviation sector, including manufacturers of aircraft and aircraft systems; airports and air traffic management; dispatchers, pilots and operators; state/local government; and others in the aviation industry.

Members also may be drawn from FAA's Office of NextGen, Security and Hazardous Materials Safety, Air Traffic Operations, Aviation Safety, Airports Division, Policy, International Affairs and Environment Office, as well as MITRE Inc.

In addition, the chair of any subcommittee may request that the RTCA Advisory Committee invite experts in a non-represented subject matter, if it is determined essential to the successful completion of its function.

    **a.** The RTCA Advisory Committee has approximately 24 members, NextGen Advisory Subcommittee has approximately 43 members, Drone Advisory Subcommittee has approximately 79 members, Tactical Operations Subcommittee has approximately 18 members, and Program Management Subcommittee has approximately 21 members. Membership is determined by the topic.

    **b.** Non-government representatives will serve without government compensation. The employing organization bears all costs related to its participation. They must represent a particular interest of employment, education, experience, or affiliation with a specific aviation-related organization (reference Department of Transportation (DOT) Order 1120.3B, Committee Management Policy and Procedures, Ch. II, 10.a).

**16. Subcommittees.** The FAA has the authority to create and dissolve subcommittees, as needed. All subcommittees, must report to the RTCA Advisory Committee and must not provide advice or work products directly to the agency unless operating under the authority and requirements contained in FACA, §102-3.145.

**17. Recordkeeping.** The records of the committee, formally and informally established subcommittees, or other work or task subgroup of the subcommittee, shall be handled in accordance with the General Records Schedule 6.2, or other approved agency records disposition schedule.

The committee/subcommittee chair must certify the accuracy of the minutes. Meeting summaries are available to the public and are posted on the RTCA web site at http://www.rtca.org.

    **a.** Subject to the Freedom of Information Act, 5 U.S.C. § 552, records, reports, transcripts, minutes or meeting summaries, and other materials presented to or prepared for the RTCA Advisory Committee are available for public inspection.

**18. Filing Date.** This charter is effective March 29, 2018, the date on which it was filed with Congress.

3/29/2018

1110.77Y

**19. Distribution.** This order is distributed as referenced in Paragraph 5 of this Order.

Dan Elwell
Acting Administrator