# Defendants' Exhibit 3

FAA Order 1110.157, Charter of the Drone Advisory Committee (effective June 15, 2018)



**U.S. DEPARTMENT OF TRANSPORTATION**
FEDERAL AVIATION ADMINISTRATION

**ORDER 1110.157**

Effective Date: 06/15/18

**SUBJ:** Charter of the Drone Advisory Committee

1. Enter overview of the Order here. This will help provide a uniform look for all FAA directives. **Committee's Official Designation.** The Committee's official designation is the Drone Advisory Committee (DAC).

2. **Authority.** The Committee is established under the authority of the U.S. Department of Transportation (DOT), in accordance with the provisions of the Federal Advisory Committee Act (FACA), as amended, Pub. L. 92-463, 5 U.S.C. App. The Secretary of Transportation has determined that the establishment of the Committee is in the public interest.

3. **Objectives and Scope of Activities.** The objective of the DAC is to provide independent advice and recommendations to the Federal Aviation Administration (FAA) and to respond to specific taskings received directly from the FAA. The advice, recommendations, and taskings relate to improving the efficiency and safety of integrating Unmanned Aircraft Systems (UAS) into the National Airspace System. In response to FAA requests, the DAC may provide the FAA with information that may be used for tactical and strategic planning purposes.

4. **Description of Duties.** The DAC will act solely in an advisory capacity and will not exercise program management responsibilities. Decisions directly affecting implementation of transportation policy will remain with the FAA Administrator and the Secretary of Transportation. The DAC will:

   a. Undertake only tasks assigned by the FAA.

   b. Deliberate on and approve recommendations for assigned tasks in meetings that are open to the public.

   c. Respond to ad-hoc informational requests from the FAA and or provide input to the FAA on the overall DAC structure (including the structure of subcommittees and or task groups).

5. **Agency or Official to Whom the Committee Reports.** The DAC reports to the Secretary of the Department of Transportation (DOT) through the FAA Administrator.

6. **Support.** The FAA will provide support as consistent with the act, including funding for the Committee. For the period of this charter, the FAA plans to utilize contractual support to provide for logistics and administrative support.

Distribution: Electronic                                                                 Initiated By: ANG-1

**7. Estimated Annual Operating Costs and Staff Years.** The FAA's annual operating costs to support the DAC for the period and scope specified by the charter is approximately $704,000, which includes 1.0 full-time equivalent salary and benefits at $204,000, plus $500,000 in contractor costs.

**8. Designated Federal Officer.** The FAA Administrator, on behalf of the Secretary of Transportation will appoint a full-time Federal employee to serve as the DAC Designated Federal Officer (DFO). The DAC DFO will ensure that administrative support is provided for all activities. The Designated Federal Officer will:

    a. Ensure compliance with FACA and any other applicable laws and regulations.

    b. Call and attend all the committee and subcommittee meetings.

    c. Formulate and approve, in consultation with the Chair, all committee and subcommittee agendas.

    d. Notify all Committee members of the time, place, and agenda for any meeting.

    e. Maintain membership records.

    f. Ensure efficient operations, including maintaining itemized contractor invoices.

    g. Maintain all DAC records and files.

    h. Adjourn any meeting when doing so would be in the public interest.

    i. Chair meetings when directed to do so by the FAA Administrator.

**9. Estimated Number and Frequency of Meetings.** Committees will meet as follows:

    a. It is estimated that the DAC will meet three times a year to carry out its responsibilities.

    b. Meetings of the DAC will be announced in the *Federal Register* at least 15 days before each meeting, unless exceptional circumstances require shorter notice. Such circumstances will be explained in the notice. DAC meetings will be open to the public, except as provided by section 10(d) of the FACA and applicable regulations. The DAC will publish an annual report summarizing activities held in closed or partially closed meetings, consistent with the policies of the Freedom of Information Act.

    c. Anyone interested may attend committee meetings and appear before the DAC within reasonable limits of space and time. Additionally, anyone interested may file written statements with the committee.

**10. Duration.** Subject to renewal every 2 years.

**11. Termination.** The charter will terminate 2 years after its effective date, unless renewed in accordance with FACA and other applicable regulations. If the DAC is terminated, the FAA will give as much advance notice as possible of such action to all participants.

**12. Membership and Designation.** The FAA will submit recommendations for membership to the Secretary of Transportation, who will appoint members to the DAC. All DAC members serve at the pleasure of the Secretary of Transportation.

   a. The DAC will have no more than 35 members.

   b. Members will serve without charge, and without government compensation. The employing organization bears all costs related to its participation. Members must represent a particular interest of employment, education, experience, or affiliation with a specific aviation-related organization.

**13. Subcommittees.** The DAC DFO has the authority to create and dissolve subcommittees as needed. Subcommittees must not work independently of the DAC. They must provide recommendations and advice to the DAC, not the FAA, for deliberation, discussion, and approval.

**14. Recordkeeping.**

   a. The records of the committee and subcommittee will be handled in accordance with the General Records Schedule 6.2, or other approved agency records disposition schedules.

   b. Meeting minutes must be kept in accordance with GSA standards as published in 41 CFR Part 102-3 Subpart D - § 102–3.165.

   c. These records will be available for public inspection and copying, subject to the Freedom of Information Act, 5 U.S.C. 552. The records, reports, transcripts, minutes, and other documents that are made available to or provided for or by the DAC are available for public inspection at www.faa.gov/regulations_policies.

**15. Filing Date.** This charter is effective June 15, 2018, the date on which it was filed with Congress. This Committee will remain in existence for 2 years after this date unless sooner terminated or renewed.

*[signature: OK Elwell]*

Daniel K. Elwell
Acting Administrator