# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 18-833 (RC) |
| | : | | |
| v. | : | Re Document No.: | 16 |
| | : | | |
| DRONE ADVISORY COMMITTEE, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendants' motion to dismiss (ECF No. 16) is **GRANTED IN PART AND DENIED IN PART**.  It is hereby:

**ORDERED** that Counts I, II, III, IV, and VII of the Complaint are dismissed for lack of subject matter jurisdiction; and it is

**FURTHER ORDERED** that all claims against the Drone Advisory Committee are dismissed for lack of subject matter jurisdiction.

**SO ORDERED**.

Dated: February 25, 2019                                                          RUDOLPH CONTRERAS
                                                                                                    United States District Judge