**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | |
| *Plaintiff*, | |
| v. | Civil Action No. 18-833 (RC) |
| FEDERAL AVIATION ADMINISTRATION, et al., | |
| *Defendants*. | |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order of May 10, 2019, Plaintiff Electronic Privacy Information Center ("EPIC") and Defendants Federal Aviation Administration ("FAA"), et al., respectfully submit this Joint Status Report.

On May 30, 2019, the FAA made a supplemental production of records to EPIC consisting of two recordings of webinars for the Drone Advisory Committee. Counsel for the FAA also provided responses to several follow-up questions from EPIC regarding the agency's search for and production of other records.

The parties respectfully request an additional two weeks to allow EPIC to review the records produced by the FAA and to allow the parties to confer regarding next steps in this litigation.

Accordingly, the parties jointly request the opportunity to provide further update to the Court by way of another Joint Status Report to be filed on or before June 13, 2019, to update the Court on the status of this litigation and to propose a schedule for any further proceedings, if necessary.

May 30, 2019                                  Respectfully submitted,


MARC ROTENBERG, D.C. Bar #422825              JOSEPH H. HUNT
EPIC President and Executive Director          Assistant Attorney General

ALAN BUTLER, D.C. Bar #1012128                MARCIA BERMAN
EPIC Senior Counsel                            Assistant Branch Director

*/s/ John Davisson*                            */s/ Lisa Zeidner Marcus*
JOHN DAVISSON, D.C. Bar #1531914              LISA ZEIDNER MARCUS
EPIC Counsel                                   Senior Counsel (N.Y. Bar # 4461679)
                                               U.S. Department of Justice
ELECTRONIC PRIVACY                            Civil Division, Federal Programs Branch
INFORMATION CENTER                            P.O. Box 883, Washington, DC 20044
1718 Connecticut Avenue, N.W.                  Tel: (202) 514-3336
Suite 200                                      Email: lisa.marcus@usdoj.gov
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)                     *Attorneys for Defendants*


*Attorneys for Plaintiff*