## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION, et al.,<br><br>*Defendants*. | Civil Action No. 18-833 (RC) |

## **JOINT STATUS REPORT**

Pursuant to this Court's Minute Order of May 31, 2019, Plaintiff Electronic Privacy Information Center ("EPIC") and Defendants Federal Aviation Administration ("FAA"), et al. respectfully submit this Joint Status Report.

EPIC has completed a review of the supplemental production of records made by the FAA on May 30, 2019. The parties respectfully seek an additional two weeks to reach agreement concerning next steps in this litigation.

Accordingly, the parties respectfully request the opportunity to provide a further update to the Court by way of a Joint Status Report to be filed in two weeks, by June 27, 2019.

June 13, 2019                                                      Respectfully submitted,

MARC ROTENBERG, D.C. Bar #422825          JOSEPH H. HUNT
EPIC President and Executive Director              Assistant Attorney General

ALAN BUTLER, D.C. Bar #1012128               MARCIA BERMAN
EPIC Senior Counsel                                          Assistant Branch Director

*/s/ John Davisson*                                              */s/ Lisa Zeidner Marcus*
JOHN DAVISSON, D.C. Bar #1531914        LISA ZEIDNER MARCUS
EPIC Counsel                                                     Senior Counsel (N.Y. Bar # 4461679)
                                                                         U.S. Department of Justice
ELECTRONIC PRIVACY                               Civil Division, Federal Programs Branch
INFORMATION CENTER                             P.O. Box 883, Washington, DC 20044
1718 Connecticut Avenue, N.W.                   Tel: (202) 514-3336
Suite 200                                                         Email: lisa.marcus@usdoj.gov
Washington, D.C. 20009
(202) 483-1140 (telephone)                           *Attorneys for Defendants*
(202) 483-1248 (facsimile)

*Attorneys for Plaintiff*