IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>　Plaintiff,<br><br>　v.<br><br>FEDERAL AVIATION ADMINISTRATION, et al.,<br><br>　Defendants. | Civ. Action No. 18-833 (RC) |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to Local Rule 83.15(c), counsel for Plaintiff Electronic Privacy Information Center ("EPIC") hereby provides notice of a change of address. Counsel's new address is as follows:

> ELECTRONIC PRIVACY INFORMATION CENTER
> 1519 New Hampshire Avenue, N.W.
> Washington, D.C. 20036
> (202) 483-1140 (telephone)
> (202) 483-1248 (facsimile)

This change applies to all attorneys representing EPIC in this matter (Marc Rotenberg, Alan Butler, and John Davisson).

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　MARC ROTENBERG, D.C. Bar #422825
　　　　　　　　　　　　　　　　　　　　EPIC President and Executive Director

　　　　　　　　　　　　　　　　　　　　ALAN BUTLER, D.C. Bar #1012128
　　　　　　　　　　　　　　　　　　　　EPIC Senior Counsel

　　　　　　　　　　　　　　　　　　　　/s/ John Davisson
　　　　　　　　　　　　　　　　　　　　JOHN DAVISSON, D.C. Bar #1531914
　　　　　　　　　　　　　　　　　　　　EPIC Counsel

2

        ELECTRONIC PRIVACY
INFORMATION CENTER
1519 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)

*Attorneys for Plaintiff EPIC*

Dated: September 3, 2019